**UNITED STATES of America,
Plaintiff and Appellee,**

v.

**Charles RUSSELL, Defendant and
Appellant.**

**No. 71-2494.**

United States Court of Appeals,
Ninth Circuit.

Feb. 10, 1972.

Isidoor Bornstein (argued), of Bornstein & Bergstrom, San Francisco, Cal., for defendant-appellant.

Jerry Cimmet, Asst. U. S. Atty. (argued), James L. Browning, U. S. Atty., James Daffer, Asst. U. S. Atty., San Francisco, Cal., for plaintiff-appellee.

Before CHAMBERS, TRASK and GOODWIN, Circuit Judges.

PER CURIAM:

The judgment of conviction is affirmed in this judge-tried criminal case.

The defendant committed the act involved in the indictment. The question was on his sanity measured by Wade v. United States, 9th Cir., 426 F.2d 64 (1970).

We conclude the trial court could find Russell sane beyond a reasonable doubt, and we should not disturb its finding.